IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------x
In re:                                              :   Chapter 11
                                                    :
MACKEYSER HOLDINGS, LLC, et al.,                    :   Case No. 14-11550 (CSS)
                                                    :
                                                    :   Joint Administration Requested
            Debtors.[1]                             :
-----------------------------------------------------x

## NOTICE OF FILING OF CREDITORS' MATRIX

PLEASE TAKE NOTICE that the above captioned debtors and debtors in possession have filed the attached **Creditors' Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
       June 22, 2014

                                        **COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.**

                            By:         /s/ Marion M. Quirk
                                        David R. Hurst (No. 3743)
                                        Marion M. Quirk (No. 4136)
                                        Therese A. Scheuer (No. 5699)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE 19801
                                        Telephone: (302) 652-3131
                                        Facsimile: (302) 652-3117

                                        *Proposed Counsel for the Debtor and
                                        Debtor in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: MacKeyser Holdings, LLC (5620); American Optical Services, Inc. (5707); Exela Hearing Services, LLC (6175); Optical Management Systems, Inc. (8300); Riverfront Hearing, Inc. (9220); AOS-OMS, LLC (4445); American Optical Services, LLC (4879); EHS-Riverfront, LLC (4530); 926 N. Wilcrest, LLC (2497); Epic Management Group, LLC (3385); Eyeglasses Etc., Inc. (7753); Eyes On You Eyecare, Inc. (2091); Genesis Billing Systems, LLC (1548); Genesis Eye Center, PLLC (8427); J. Richard Susi, D.O., P.A. (1936); Joseph D. Udvari, Jr., O.D., P.C. (0856); Joseph Kurstin, M.D., P.A. (7339); Lakewood Eye Clinic, P.C. (2251); Larry R. Moorman, M.D., P.C. (5458); Philip H. Clark, O.D., P.A. (6411); Steven T. Olkowski, M.D., P.C. (1813); Thomas Retinal Eye Specialists, P.C. (0492); Thomas G. Abell, M.D., P.S.C. (1810). The corporate headquarters and the mailing address for each entity listed above is 8076 West Sahara Avenue, Las Vegas, NV 89117.